

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00011-CV

_____

IN RE:
ENBRIDGE PIPELINES (EAST TEXAS) L.P.

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Enbridge Pipelines (East Texas) L.P., Relator, has filed a motion stating that it wishes to withdraw its petition for writ of mandamus. The relator represents to this Court that the parties have reached a "compromise and settlement agreement, resolving all issues presently pending before the Court." In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

Accordingly, we dismiss relator's petition for writ of mandamus as moot. *See* TEX. R. APP. P. 42.1.


                                        Jack Carter
                                        Justice


Date Submitted:     March 8, 2010
Date Decided:       March 9, 2010